NUMBER 13-06-00625-CV


COURT OF APPEALS


THIRTEENTH DISTRICT OF TEXAS


CORPUS CHRISTI - EDINBURG



IN RE: LEOPOLDO LEAL, Relator 



On Petition for Writ of Mandamus 



MEMORANDUM OPINION


Before Chief Justice Valdez and Justices Hinojosa and Castillo 

Memorandum Opinion Per Curiam


On November 6, 2006, relator, Leopoldo Leal, filed a petition for writ of mandamus
requesting that this Court award him damages in an unnamed underlying suit. 

Having reviewed the petition for writ of mandamus, we conclude that this Court has
no jurisdiction to grant relator's request. See Tex. Gov't Code Ann. § 22.221 (Vernon
2004). Accordingly, relators' petition for writ of mandamus is hereby dismissed for want
of jurisdiction. 

 PER CURIAM



Memorandum Opinion delivered and filed

this 20th day of November, 2006.